Same case below, 363 Fed. Appx. 251.

**No. 09-11413. Erick Quesada, Petitioner v. Texas.**

562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 6817.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-11414. Roger Timothy Mezzulo, Petitioner v. United States.**

562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 7023, ▮▮▮

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 09-11415. Margaret L. Wilson, Petitioner v. Kautex.**

562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 6755.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 371 Fed. Appx. 663.

**No. 09-11416. Julius K. Edwards, Petitioner v. Roy Cooper, Attorney General of North Carolina.**

562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 6813.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-11417. Jimiyu Vernon, Petitioner v. United States.**

562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 6498.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11418. Larry D. Williams, Petitioner v. Clay Tatum, Warden.**

562 U.S. 879, 131 S. Ct. 194, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 7102.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11420. George Cabot, Petitioner v. Illinois.**

562 U.S. 879, 131 S. Ct. 195, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 6831.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 395 Ill. App. 3d 1113, 369 Ill. Dec. 491, 986 N.E.2d 804.

**No. 09-11421. Jose Cibrian, Petitioner v. United States.**

562 U.S. 879, 131 S. Ct. 195, 178 L. Ed. 2d 117, 2010 U.S. LEXIS 6795.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 374 Fed. Appx. 524.